IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONALD SATISH EMRIT,

      Plaintiff,

v.                              Case No. 1:20cv31-MW/GRJ

FEDERAL BUREAU OF
INVESTIGATION,

      Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 13, and Plaintiff's Notice of Appeal, ECF No. 14, which this Court has construed as further objections to the Report. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The proposed Second Amended Complaint does not cure the defects and venue is still improper. The Clerk shall enter judgment stating, "Plaintiff's Amended Complaint, ECF No. 6, is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff's pending motions, ECF Nos. 8,

1

9, 10, 11, 12, 16, 17, 18, 19, and 20 are **DENIED.**" The Clerk shall also close the file.

**SO ORDERED on March 23, 2020.**

**s/ MARK E. WALKER**
**Chief United States District Judge**
